CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ( **a** )
Complaint (**X**)
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense: __Washington, D.C.__
AUSA's NAME: __Kurtzman__

Reviewed by AUSA: __JAK__
(Initials)

Mark Waynick
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed? ____ Yes __x__ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1752(a)(1)-(2), (4) | Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Act of Physical Violence in a Restricted Building or Grounds; | 1 year | $250,000 |
| 2 | 40 U.S.C. § 5104(e)(2)(D), (F) | Utter Loud, Threatening, or Abusive Language, Engage in Disorderly or Disruptive Conduct, and Acts of Physical Violence in a Capitol Building or Grounds; | 6 months | $5,000 |
| 3 | 18 U.S.C. § 231(a)(3) | Civil Disorder – Instruct, Impede, or Interfere with Law Enforcement | 5 years | $250,000 |
| 4 | 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers Involving Physical Contact | 8 years | $250,000 |

Is the defendant currently in custody?    Yes   ( x )    No   ( )    If yes, State or **Federal**? Writ requested ( )

Has a complaint been filed?    Yes   ( x )    No   ( )
    If Yes: Name of the Magistrate Judge Zia M. Faruqui    Case No.: 1-22-mj-00028
    Was the defendant arrested on the complaint?    Yes   ( x )    No   ( )

Has a search warrant been issued?    Yes   ( X )    No   ( )
    If Yes: Name of the Magistrate Judge   Holmes   Case No.: 22-mj-1036
Was bond set by Magistrate/District Judge? Yes   ( )    No   ( )    Amount of bond:

Is this a Rule 20? Yes ( )  No ( x )    To/from what district?
Is this a Rule 40? Yes ( )  No ( x )    To/from what district?

Estimated trial time:    3 days

The Clerk will issue a **Summons/Warrant**    (circle one)   (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( x )   No ( )    Recommended conditions of release: N/A
_____
_____